AUSTIN O. ALLEN, ESQ.
HALL ANGELL & ASSOCIATES, LLP
1075 S Utah Avenue, Suite 150
Idaho Falls, Idaho 83402
Telephone (208) 522-3003
Fax (208) 621-3008
*ISB Nos. 10076*
aoa@hasattorneys.com

Attorney for Defendant Western Wholesale Installed Sales, LLC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BRIAN KINNEBREW,<br><br>               Plaintiff,<br><br>v.<br><br>WESTERN WHOLESALE SUPPLY, INC., an Idaho Corporation, and WESTERN WHOLSESALE INSTALLED SALES, L.L.C., an Idaho Limited Liability Company,<br><br>               Defendants. | Case No. 4:18-cv-00523-DCN<br><br>**DEFENDANT WESTERN WHOLESALE INSTALLED SALES L.L.C.'S MOTION FOR SUMMARY JUDGMENT** |

Defendant, Western Wholesale Installed Sales, LLC, by and through counsel of record, HALL ANGELL & ASSOCIATES, LLP, pursuant to F.R.C.P. 56 and in accordance with the Court's Amended Scheduling Order [Dkt. 29], hereby moves this Court for an Order granting summary judgment on this matter and dismissing Plaintiff's claims in their entirety and with prejudice. This motion is supported by the record, pleadings, affidavits in support, declaration of Austin O. Allen in support, and memorandum in support filed herewith. Oral argument is requested.

//

//

**DEFENDANT WESTERN WHOLESALE INSTALLED SALES, LLC'S MOTION FOR SUMMARY JUDGMENT -  1**

DATED this 8th day of July, 2020.

                                         /S/
                                       AUSTIN O. ALLEN

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing document upon the following this 8th day of July, 2020, by electronically filing with the Clerk of the Court using CM/ECF system with a Notice of Electronic Filing to the following persons:

DeAnn Casperson, Esq.
Amanda Ulrich, Esq.
Ryan Dustin, Esq.
CASPERSON ULRICH DUSTIN, PLLC
356 W. Sunnyside Rd., Ste. B
Idaho Falls, ID 83402

                                       /S/
                                       AUSTIN O. ALLEN